UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEROCK SMITH,<br>Petitioner,<br><br>v.<br><br>BERNADETTE MASON; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA;<br>Respondents. | No. 2:25-cv-0539 |

**O R D E R**

**AND NOW**, this 4th day of November, 2026, for the reasons set forth in the Opinion issued this date and in the Report and Recommendation issued on December 12, 2025, **IT IS HEREBY ORDERED THAT**:

1. Smith's objections, ECF No. 23, to the Report and Recommendation are **OVERRULED**;
2. The Report and Recommendation, ECF No. 20, is **ADOPTED**;
3. The petition for writ of habeas corpus, ECF No. 2, is **DISMISSED and DENIED**;
4. There is no basis for the issuance of a certificate of appealability;
5. The Motion for Stay, ECF No. 4, is **DISMISSED**; and
6. This action is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge